PEOPLE v DAVIS.   Appeal from Recorder's Court of Detroit, Robert J. Colombo, J.   Submitted Division 1 January 18, 1972, at Grand Rapids.   (Docket No. 10869.)   Decided February 18, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Leonard Meyers*, Assistant Prosecuting Attorney, for the people.

*Armand D. Bove*, for defendant on appeal.

Before: FITZGERALD, P. J., and R. B. BURNS and HOLBROOK, JJ.

MEMORANDUM OPINION.   Defendant was convicted, sentenced and appeals.   The people have filed a motion to affirm.

An examination of the records and briefs in this cause failed to demonstrate reversible error.

The motion to affirm is granted.


PEOPLE v WARREN.   Appeal from Van Buren, David Anderson, Jr., J.   Submitted Division 3 January 10, 1972, at Lansing.   (Docket No. 11004.)   Decided February 18, 1972.   Reversed and remanded to circuit court, 387 Mich 808.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, and *William C. Buhl*, Prosecuting Attorney, for the people.

*Arthur J. Tarnow*, State Appellate Defender, and *Jane Burgess*, Assistant Defender, for defendant.

Before: DANHOF, P. J., and T. M. BURNS and O'HARA, JJ.

MEMORANDUM OPINION.   Defendant entered a plea of guilty to the charge of carrying a concealed weapon, MCLA 750.227; MSA 28.424.

Thereafter he sought to withdraw it.   The motion to withdraw was denied.   He appeals of right.

We have reviewed the record.   We find no infirmity in the taking of the plea nor in the sentence imposed.

Affirmed.